IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-02102-RBJ

LEHMAN BROTHERS HOLDINGS, INC.,

      Plaintiff,

v.

GATEWAY BUSINESS BANK and
FIRST PACTRUST BANCORP, INC.,

      Defendants.

---

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for a **four day bench trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **September 15, 2014 at 9:00 a.m.**

A Trial Preparation Conference is set for **September 9, 2014 at 1:00 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at

www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards.aspx .

DATED this 18th day of November, 2013.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge